UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS B. VAN HORN, | No. 1:25-cv-01213-KES-SAB (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS FOLLOWING SCREENING |
| v. | |
| TAMERA EARL, et al., | Doc. 10 |
| Defendants. | |

Plaintiff Thomas B. Van Horn is proceeding pro se and in forma pauperis in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 23, 2025, the assigned magistrate judge issued findings and recommendations to dismiss certain claims and defendants after screening plaintiff's complaint. Doc. 10. Specifically, the magistrate judge found the complaint plausibly alleges an Eighth Amendment deliberate indifference to serious medical needs claim against defendants Nurse Tamera Earl and Doctor Sergio Rodrigues but fails to state any other cognizable claim against any other named defendant.[1] *Id*. at 2. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within 14 days after service. *Id*. No objections

---

[1] On October 20, 2025, plaintiff filed a notice to proceed on the claim found cognizable in the screening order. Doc. 8.

1

have been filed and the time to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued October 23, 2025, Doc. 10, are adopted in full;
2. This action shall proceed only on plaintiff's Eighth Amendment deliberate indifference to serious medical needs claim against Nurse Tamera Earl and Doctor Sergio Rodrigues;
3. Any remaining claims and defendants are dismissed for failure to state a cognizable claim; and
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: December 28, 2025

_____
UNITED STATES DISTRICT JUDGE

2