UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

THOMAS B. VAN HORN,

          Plaintiff,

    v.

TAMERA EARL, et al.,

          Defendants.

No.  1:25-cv-01213-SAB (PC)

ORDER CONVERTING FINDINGS AND RECOMMENDATIONS, (ECF NO. 28), TO ORDER DENYING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS

(ECF Nos. 23, 28)

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  The parties have consented to Magistrate Judge jurisdiction.  (ECF No. 20.)

On July 6, 2026, Findings and Recommendations recommending Defendants' motion to revoke Plaintiff's in forma pauperis status be denied.  (ECF No. 28.)  Inasmuch as the parties have consented to Magistrate Judge jurisdiction, the Findings and Recommendations, (ECF No. 28), are converted to a final order pursuant to 28 U.S.C. § 636(c)(1), and Defendants' motion to revoke Plaintiff's in forma pauperis status, (ECF No. 23), is denied for the reasons stated therein.

IT IS SO ORDERED.

Dated:  **July 7, 2026**

          STANLEY A. BOONE
          United States Magistrate Judge

1