# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS B. VAN HORN,<br>Plaintiff,<br>v.<br>TAMERA EARL, et al.,<br>Defendants. | Case No.: 1:25-cv-01213-SAB (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO EXTEND THE DISCOVERY DEADLINE TO COMPLETE PLAINTIFF'S DEPOSITION<br><br>(ECF No. 31) |

Plaintiff Thomas B. Van Horn is appearing *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendant's motion for a twenty-one day extension of the discovery deadline to complete Plaintiff's deposition. (ECF No. 31.) For good cause shown, it is HEREBY ORDERED that Defendants shall have up to and including December 21, 2026, for the limited purpose of taking and completing Plaintiff's deposition. In all other respects, the scheduling order (ECF No. 17) remains in effect.

IT IS SO ORDERED.

Dated: **November 25, 2026**

STANLEY A. BOONE
United States Magistrate Judge